UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAMANTHA L. SIX,

    Plaintiff,

v.

CITY OF SEATTLE, *et al.*,

    Defendants.

CASE NO. 2:21-cv-00658-RSL-JRC

ORDER GRANTING REQUEST TO AMEND DEADLINES

This matter is before the Court on referral by the District Court (Dkt. 13) and on the parties' stipulated email request for an extension of pretrial deadlines. *See* Dkt. 15 (allowing for requests for an extension by email). Finding good cause, the Court grants the request and amends the pretrial deadlines (Dkt. 15) as follows:

| Event | Prior Deadline | Amended Deadline |
|---|---|---|
| Deadline for Fed. R. Civ. P. 26(f) Conference: | 7/16/2021 | 7/20/2021 |
| Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1): | 7/30/2021 | 8/20/2021 |
| Combined Joint Status Report and Discovery Plan as Required by Fed. R. Civ. P. 26(f) | 8/6/2021 | 8/27/2021 |

ORDER GRANTING REQUEST TO AMEND
DEADLINES - 1

| | |
|---|---|
| 1 | The parties shall comply with the Court's pretrial scheduling order except as amended |
| 2 | herein. |
| 3 | Dated this 16th day of July, 2021. |

*/s/ J. Richard Creatura*
J. Richard Creatura
Chief United States Magistrate Judge