Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMANTHA SIX, an individual,<br><br>          Plaintiff,<br><br>vs.<br><br>CITY OF SEATTLE, A governmental entity; KING COUNTY, a municipal entity; SCOTT LUCKIE, in his individual capacity; MICHAEL EASTMAN, in his individual capacity; and JOHN DOES 1 - 5<br><br>          Defendants. | No.   2:21−cv−00658−RSL−JRC<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING COUNT FIVE OF PLAINTIFF'S AMENDED COMPLAINT FOR DAMAGES**<br><br>NOTE ON CALENDAR:<br>AUGUST 31, 2021 |

**STIPULATION**

THE PARTIES HEREBY STIPULATE, in accordance with LCR 15, that Plaintiff be granted leave to withdraw and dismiss Count V (Washington Constitution Article 1 §7 – Unconstitutional Search and Seizure and Unconstitutional Excessive Force) alleged against City of Seattle Defendants[1] in her Amended Complaint for Damages with prejudice and without costs to any party.

---

[1] Defendants City of Seattle, Scott Luckie, Michael Eastman, and John Does 1-5 (employees and/or agents of the City of Seattle).

STIPULATION AND ORDER DISMISSING COUNT FIVE OF THE AMENDED COMPLAINT - 1
2:21-cv-00658-JRC

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

DATED this 31st day of August, 2021.

BY:                      PETER S. HOLMES
                             Seattle City Attorney

*/s/ Rebecca Widen*
Rebecca Widen, WSBA# 57339
Assistant City Attorney
E-Mail: Rebecca.widen@seattle.gov
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 684-8200
*Attorneys for Defendants City of Seattle*

LAW OFFICES OF JAMES S. ROGERS

*/s/ James S. Rogers*
James S. Rogers, WSBA #5335
Heather M. Cover, WSBA #52146
Michelle Hyer, WSBA #32724
1500 Fourth Avenue, Suite 500
Seattle, WA 98101
Phone : (206) 621-8525
E-mail: jsr@jsrogerslaw.com
E-mail:heather@jsrogerslaw.com
E-mail:michelle@jsrogerslaw.com
*Attorneys for Plaintiff*

DANIEL T. SATTERBERG
King County Prosecuting Attorney
*/s/ Samantha D. Kanner*
SAMANTHA D. KANNER, WSBA #36943
ANN SUMMERS, WSBA #21509
Senior Deputy Prosecuting Attorneys
Attorneys for Defendant King County
500 4th Avenue, 9th Floor
Seattle, WA 98104

**ORDER**

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that Count V (Washington Constitution Article 1 §7 – Unconstitutional Search and Seizure and Unconstitutional Excessive Force)

STIPULATION AND ORDER DISMISSING COUNT FIVE OF THE
AMENDED COMPLAINT - 2
2:21-cv-00658-JRC

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

of Plaintiff's Amended Complaint for Damages is hereby DISMISSED with prejudice and without costs to any party.

Dated this _____ day of _____, 2021.

_____
The Honorable Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER DISMISSING COUNT FIVE OF THE AMENDED COMPLAINT - 3
2:21-cv-00658-JRC

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200