UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAMANTHA L. SIX,

        Plaintiff,

   v.

CITY OF SEATTLE, *et al.*,

        Defendants.

CASE NO. 2:21-cv-00658-RSL-JRC

ORDER GRANTING REQUEST TO AMEND DEADLINES

This matter is before the Court on referral by the District Court (Dkt. 13) and on the parties' stipulated request to amend certain deadlines. Dkt. 35. The Court finds good cause and grants the request. The scheduling order in this matter (Dkt. 20) is amended as follows:

| Event | Prior Deadline | Amended Deadline |
|---|---|---|
| Plaintiff's expert disclosures under Fed. R. Civ. P. 26(a)(2) | March 3, 2022 | April 4, 2022 |
| Defendant's expert disclosures under Fed. R. Civ. P. 26(a)(2) | April 22, 2022 | May 23, 2022 |
| Rebuttal expert disclosures | May 6, 2022 | June 6, 2022 |

ORDER GRANTING REQUEST TO AMEND
DEADLINES - 1

The parties shall comply with the Court's pretrial scheduling order except as amended herein.

Dated this 22nd day of February, 2022.

J. Richard Creatura
Chief United States Magistrate Judge