UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAMANTHA L. SIX,

          Plaintiff,

    v.

CITY OF SEATTLE, *et al.*,

          Defendants.

CASE NO. 2:21-cv-00658-RSL-JRC

ORDER GRANTING REQUEST TO
AMEND DEADLINES

This matter is before the Court on referral by the District Court (Dkt. 13) and on the parties' stipulated request to amend certain deadlines.  Dkt. 40.  The Court finds good cause and grants the request.  The scheduling order in this matter (Dkt. 20) is amended as follows:

| Event | Prior Deadline | Amended Deadline |
| --- | --- | --- |
| Defendant's expert disclosures under Fed. R. Civ. P. 26(a)(2) | May 23, 2022 | July 23, 2022 |
| Rebuttal expert disclosures | June 6, 2022 | August 5, 2022 |
| Discovery completed by | September 2, 2022 | November 2, 2022 |
| Dispositive motions filed by | September 30, 2022 | November 30, 2022 |

1        The parties shall comply with the Court's pretrial scheduling order except as amended

2  herein.

3        Dated this 18th day of May, 2022.

J. Richard Creatura
Chief United States Magistrate Judge