UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAMANTHA L. SIX,

        Plaintiff,

  v.

CITY OF SEATTLE, *et al.*,

        Defendants.

CASE NO. 2:21-cv-00658-RSL-JRC

ORDER GRANTING STIPULATED REQUEST TO EXTEND PRETRIAL DEADLINES

This matter is before the Court on referral from the district court and on the parties' stipulated request to amend certain pretrial deadlines. *See* Dkt. 42. The Court finds good cause and grants the request. The scheduling order in this matter is amended as follows:

| Event | Prior Deadline | Amended Deadline |
|---|---|---|
| Defendant's expert disclosures under Fed. R. Civ. P. 26(a)(2) | July 23, 2022 | September 23, 2022 |
| Rebuttal expert disclosures | August 5, 2022 | October 5, 2022 |
| Discovery completed by | November 2, 2022 | January 3, 2023 |
| Dispositive motions filed by | November 30, 2022 | January 30, 2023 |

ORDER GRANTING STIPULATED REQUEST TO
EXTEND PRETRIAL DEADLINES - 1

1  The parties shall comply with the Court's pretrial scheduling order except as amended
2  herein.

3  Dated this 5th day of July, 2022.

*[signature]*

J. Richard Creatura
Chief United States Magistrate Judge