UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAMANTHA L. SIX,

    Plaintiff,

v.

CITY OF SEATTLE, *et al.*,

    Defendants.

CASE NO. 2:21-cv-00658-RSL-JRC

ORDER GRANTING MOTION TO WITHDRAW

This matter is before the Court on referral from the district court and on plaintiff's attorney's motion to withdraw as counsel. *See* Dkt. 44.

James S. Rogers, Debora Silberman, and the Law Offices of James S Rogers (collectively "Counsel") seek to withdraw as counsel for plaintiff because of a breakdown in communication with plaintiff that "makes representation impossible." Dkt. 44, at 2. Pursuant to Local Civil Rule ("LCR") 83.2(b)(1), an attorney must seek leave of court before withdrawing. An attorney seeking withdrawal must file a motion and include a certification that the motion was served on the client and opposing counsel. *See* LCR 83.2(b)(1). If the attorney's withdrawal will leave a

ORDER GRANTING MOTION TO WITHDRAW - 1

1  party unrepresented, "the motion to withdraw must include the party's address and telephone
2  number." *Id.* An attorney "will ordinarily be permitted to withdraw until sixty days before the
3  discovery cutoff date in a civil case . . . ." *Id.* The Court "retains wide discretion in a civil case to
4  grant or deny a motion to withdraw." *Putz v. Golden*, No. 2:10-cv-00741-JLR, 2012 WL
5  13019202, at *3 (W.D. Wash. Aug. 3, 2012).

6      Here, Counsel appear to have complied with the requirements of LCR 83.2(b). Along
7  with their motion, Counsel provide a certification that they served the motion on plaintiff and
8  opposing counsel. *See* Dkt. 44-2. Counsel also provided plaintiff's address and telephone
9  number. *See* Dkt. 45, at 2. Finally, Counsel filed the motion more than 60 days before the
10 discovery cutoff date, which is not until January 3, 2023. *See* Dkt. 43.

11     Plaintiff did not respond to Counsel's motion and defendants do not oppose Counsel's
12 withdrawal. However, defendants notify the Court that certain pretrial deadlines may need
13 extensions as a result. *See* Dkts. 46, at 2; 47, at 2. The Court recognizes defendants' concerns and
14 will consider extending pretrial deadlines upon a proper motion and showing of good cause.

15     Accordingly, the Court grants Counsel's motion to withdraw. Dkt. 44. Plaintiff shall
16 proceed *pro se* unless she procures new counsel. The Clerk is directed to send a copy of this
17 Order to plaintiff at the address provided by Counsel. *See* Dkt. 45, at 2.

18     Dated this 10th day of August, 2022.

J. Richard Creatura
Chief United States Magistrate Judge

ORDER GRANTING MOTION TO WITHDRAW - 2