The Honorable Robert S. Lasnik
U.S. District Judge
The Honorable J. Richard Creatura
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMANTHA SIX, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SEATTLE, a governmental entity; KING COUNTY, a municipal entity; SCOTT LUCKIE, in his individual capacity; MICHAEL EASTMAN, in his individual capacity; and JOHN DOES 1-5,<br><br>Defendants. | No. 2:21-cv-00658-RSL-JRC<br><br>DEFENDANT KING COUNTY'S RESPONSE JOINING DEFENDANT CITY OF SEATTLE'S MOTION TO COMPEL<br><br>*Noted for September 16, 2022*<br>*No Oral Argument Requested* |

## I. RELIEF REQUESTED

Defendant King County joins in Defendants City of Seattle, Luckie and Eastman's (hereinafter "City") motion to compel Plaintiff to submit to the previously agreed-upon CR 35 examination and to submit to a deposition. Defendant King County also joins in the City's request to extend current discovery deadlines as detailed in the City's motion.

//

//

//

DEFENDANT KING COUNTY'S RESPONSE JOINING DEFENDANT CITY'S MOTION TO COMPEL [2:21-cv-00658-RSL-JRC] - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 477-1120  Fax (206) 296-8819

## II. BACKGROUND AND CERTIFICATION OF MEET AND CONFER EFFORTS.

Defendant King County agrees with the recitation of the background and certification of meet and confer efforts set forth the City's motion to compel.

The following facts provide further detail about King County's efforts to engage Plaintiff in the ongoing discovery process. On May 18, 2022, Defendant King County served Plaintiff's then-counsel with a second set of interrogatories and request for production of documents. Defendant King County agreed to counsel's requests for several extensions of time to file responses. *Declaration of Ann Summers.* In a phone conference with counsel on July 20, 2022, Defendant King County agreed to an additional extension of 30 days, to August 19, 2022, to provide answers. *Id.*

On August 19, 2022, counsel for Defendant King County emailed Plaintiff the outstanding discovery pleading and requested that answers be provided by August 26, 2022. *Id.* Plaintiff promptly responded by email that day, stating "I've given my response to providing further information on this case to Rebecca. You can speak with her about that update." *Id.* Counsel for King County emailed Plaintiff requesting clarification as to whether she was declining to provide any further information or discovery to the defendants. *Id.* Plaintiff responded with an email about settlement negotiations. *Id.* Counsel for King County again sent an email to Plaintiff attempting to clarify her position regarding further discovery, asking again whether she was declining to provide further information or discovery to City of Seattle or King County in this case. *Id.* Plaintiff promptly responded, "As I understand it, providing anymore personal information to the city for this case is redundant if I'm required to return to Seattle to resolve it. As I haven't heard back from Rebecca Widen, it doesn't seem to make sense continuing to provide information." *Id.*

DEFENDANT KING COUNTY'S RESPONSE JOINING DEFENDANT CITY'S MOTION TO COMPEL [2:21-cv-00658-RSL-JRC] - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 477-1120  Fax (206) 296-8819

1  In an email response to the City's motion to compel, Plaintiff has reiterated that she will refuse to
2  come to Washington. *Id.*

### III.  ARGUMENT.

Defendant King County agrees that good cause exists in this case to require the Fed. R. Civ. P. 35 examination with the expert retained by the defendants. Based on the pleadings, the discovery to date, and the report of Plaintiff's retained expert Dr. Muscatel, it is clear that the damages sought in this case will be based almost entirely on psychological and emotional injuries that Plaintiff alleges to have suffered as a result of her arrest and brief pre-trial detention. Her mental condition has indisputably been placed in controversy. Fed. R. Civ. P. 35(a)(1). Good cause exists to require this examination to occur in the state of Washington, as outlined in the City's motion to compel.

Defendant King County also agrees that an order compelling Plaintiff to submit to a deposition is warranted and necessary for the reasons outlined in the City's motion to compel.

Finally, Defendant King County agrees that extensions of the expert disclosure and discovery deadlines are necessary and proper, and agrees with the proposed new deadlines set forth in the City's motion.

### IV.  CONCLUSION.

Defendant King County joins in respectfully requesting this to Court grant the City's Motion of Compel Plaintiff's Fed. R. Civ. P. 35 Examination of Plaintiff and Deposition and extension of current discovery deadlines.

DATED this 2nd day of September, 2022.

DEFENDANT KING COUNTY'S RESPONSE JOINING DEFENDANT CITY'S MOTION TO COMPEL [2:21-cv-00658-RSL-JRC] - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 477-1120  Fax (206) 296-8819

|   |   |
|---|---|
| 1 | DANIEL T. SATTERBERG |
| 2 | King County Prosecuting Attorney |
| 3 | By: _____ |
| 4 | ANN SUMMERS, WSBA #21509 |
|   | ANDREA R. VITALICH, WSBA #25535 |
| 5 | Senior Deputy Prosecuting Attorneys |
|   | Attorneys for Defendant King County |
| 6 | 1191 Second Ave., Suite 1700 |
|   | Seattle, WA 98101 |
| 7 | Phone: (206) 296-8820/Fax: (206) 296-0191 |
|   | ann.summers@kingcounty.gov |
|   | andrea.vitalich@kingcounty.gov |

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on September 2, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF E-filing system, which will send notification of such filing to the following:

Rebecca Widen, WSBA #57339
Natasha Khanna, WSBA #52870
SEATTLE CITY ATTORNEY'S OFFICE
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
rebecca.widen@seattle.gov
natasha.khanna@seattle.gov
*Attorney for Defendants City of Seattle,*
*Scott Luckie and Michael Eastman*

I hereby also certify that on September 2, 2022, I sent copy of the same via U.S. Postal Service and email to the following party:

Samantha Six
1641 S. Zuni St.
Denver, CO 80223
samanthasix51@gmail.com
*Plaintiff Pro Se*

DEFENDANT KING COUNTY'S RESPONSE JOINING DEFENDANT CITY'S MOTION TO COMPEL [2:21-cv-00658-RSL-JRC] - 4

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 477-1120  Fax (206) 296-8819

1  I declare under penalty of perjury under the laws of the United States and the State of

2  Washington that the foregoing is true and correct.

3  DATED this 2nd day of September, 2022.

_____
RAFAEL A. MUNOZ-CINTRON
Legal Assistant – Civil Division
King County Prosecuting Attorney's Office

DEFENDANT KING COUNTY'S RESPONSE JOINING DEFENDANT CITY'S MOTION TO COMPEL [2:21-cv-00658-RSL-JRC] - 5

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 477-1120  Fax (206) 296-8819