UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMANTHA L. SIX,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF SEATTLE, *et al.*,<br><br>          Defendants. | Case No. CR21-658-RSL-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the report and recommendation of Chief Magistrate Judge J. Richard Creatura (Dkt. # 65). The Court, having reviewed the report and recommendation, objections to the report and recommendation, if any, and the remaining record, orders the following:

(1) The Court adopts the reasoning of the report and recommendation. However, the Court concludes that plaintiff's willful and complete failure to participate in the case following the withdrawal of her counsel warrants dismissal with prejudice;

(2) Defendants' motions to dismiss (Dkts. # 61, # 63) are granted;

(3) Plaintiff's action is dismissed with prejudice;

(4) The Clerk is directed to send a copy of this order to the parties and to Judge Creatura.

IT IS SO ORDERED.

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

1
2   DATED this 26th day of January, 2023.
3
4
5                                           _____
                                            Robert S. Lasnik
6                                           United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2